IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BERNARD HILBERT BOWICK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  05-CV-860 DRH |
| ) | |
| ) | |
| **SHARON MEHRTENS,** ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

It appearing to the Court that the plaintiff has failed to effect service as required by the Clerk's Notice of Impending Dismissal for Want of Prosecution dated June 8, 2006 and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein be, and it is hereby **DISMISSED** without prejudice against defendant, SHARON MEHRTENS.

DATED:     This   6th    day of July, 2006.


/s/       David   RHerndon
**UNITED STATES DISTRICT JUDGE**